**Mark S. DeMarco**
*Attorney At Law*
100 Lafayette Street, Ste. 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

May 23, 2025

Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Modification granted.*
*So Ordered.*

*[signature]*

*Robert W. Lehrburger, USMJ*
*May 23, 2025*

**BY ECF & ELECTRONIC MAIL**

           Re:    ***United States v. Karen Tito***
                    23 M. 7452

Your Honor:

      At the suggestion and with the consent of United States Pretrial Services, I write to respectfully request that Ms. Tito's secured bond, which limits her travel to the Southern and Eastern Districts of New York and the Middle District of Florida, be modified to permit her to travel throughout the continental United States for business and family purposes.

      The Government defers to the recommendation of Pretrial Services.

      Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            *Mark S. DeMarco*

                                            Mark S. DeMarco

cc:    Jacklyn Delligatti, Esq.
        Assistant United States Attorney

        PTS Officer Karina Chin Vilefort
        By Electronic Mail